AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JUSTIN MANGANA, an individual, and<br>HALEY FARMER, and individual,<br><br>*Plaintiff(s)*<br>v.<br>CRAFTY CRAB OF SUNSET,LLC and<br>CRAFTY CRAB OF PINECREST,LLC both<br>d/b/a Crafty Crab Seafood,and LINGHUA YANG<br>,an individual,and SHING CHENG, an individual<br>*Defendant(s)* | Civil Action No. 1:23-cv-23561 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHING CHENG
7501 MILLER DR
MIAMI, FL 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lowell J. Kuvin
lowell@kuvin.law
Law Office of Lowell J. Kuvin
17 East Flagler St. Suite 223
Miami Florida 33131
305-358-6800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 19, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Esperanza Buchhorst*
Deputy Clerk
U.S. District Courts